UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Damorius Dontavius Gaines, | ) | |
| | ) | C/A No.:   4:13-cv-01258-GRA |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Janice Partain; Anderson City Jail, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, while a pretrial detainee at the Anderson County Detention Center, proceeding *pro se,* filed a complaint concerning prison conditions pursuant to 42 U.S.C. § 1983.  By order dated June 12, 2013, Plaintiff was given an opportunity to provide the necessary information and paperwork to bring the case into proper form for evaluation and possible service of process.  Plaintiff did not receive the order, as it was returned to the court as undeliverable mail and stamped "Return to Sender; Attempted Not Known."  Plaintiff has not provided the court with a new address at which he receives mail, and the record indicates no attempt by Plaintiff to contact the court since filing the complaint.  The case is **dismissed, *without prejudice***, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash Railroad Company*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

G. Ross Anderson, Jr.
Senior United States District Judge

July  15 , 2013
Anderson, South Carolina

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

Page 1 of 1